PER CURIAM.
The appellant appeals the denial of his motion made pursuant to Florida Rules of Criminal Procedure 3.800 to vacate his twenty year sentence entered pursuant to a plea agreement on the grounds that it is illegal. For purposes of rule 3.800, an illegal sentence is one that exceeds the maximum period set forth by law for a particular offense without regard to the guidelines. See Davis v. State, 661 So.2d 1193, 1196 (Fla.1995); Wright v. State, 711 So.2d 66, 67 (Fla. 3d DCA 1998); Hinson v. State, 709 So.2d 629, 630 (Fla. 1st DCA 1998); State v. Moten, 698 So.2d 1345, 1346 (Fla. 5th DCA 1997); Skidmore v. State, 688 So.2d 1014, 1015 (Fla. 3d DCA 1997). The sentence imposed upon the ap*pellant is less than the statutory maximum sentence for the crimes that he committed[1] and is therefore not an illegal sentence as prescribed under rule 3.800. Therefore, finding no merit to the appellant’s argument, we affirm the order under review.
Affirmed.

. Based upon the kidnapping charge alone, the appellant was eligible for a maximum sentence of life imprisonment.